**UNITED STATES of America, Appellee,**

v.

**Sira NOITHIP, Appellant.**

No. 09–3474.

United States Court of Appeals, Eighth Circuit.

Submitted: May 21, 2010.

Filed: May 26, 2010.

Ian A. Lewis, Asst. Fed. Public Defender, Springfield, MO (Raymond C. Conrad, Jr., Fed. Public Defender, Kansas City, MO, on the brief), for appellant.

James J. Kelleher, Asst. U.S. Atty., Springfield, MO, for appellee.

Before MELLOY, BOWMAN, and SMITH, Circuit Judges.

---

1. The Honorable Richard E. Dorr, United States District Judge for the Western District of Missouri.

PER CURIAM.

Sira Noithip appeals from the sentence imposed by the District Court[1] after he pleaded guilty to receiving and possessing child pornography, 18 U.S.C. § 2252(a)(2) and (a)(4)(B). Counsel has moved to withdraw and has filed a brief under *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), arguing that the court's sentence is unreasonable.

Having carefully reviewed the record, we conclude that the District Court did not abuse its discretion. *See United States v. Feemster*, 572 F.3d 455, 461 (8th Cir.2009) (en banc) (standard of review). The court did not commit any procedural error, *see United States v. Toothman*, 543 F.3d 967, 970 (8th Cir.2008) (describing factors that demonstrate procedural error), and its carefully explained sentence at the bottom of the applicable range was not unreasonable, *see United States v. Sicaros–Quintero*, 557 F.3d 579, 583 (8th Cir.2009) (according presumption of reasonableness to sentence at bottom of Guidelines range); *United States v. Watson*, 480 F.3d 1175, 1177 (8th Cir.) (listing circumstances where sentencing court abuses its discretion resulting in unreasonable sentence), *cert. denied*, 552 U.S. 927, 128 S.Ct. 305, 169 L.Ed.2d 219 (2007).

Further, having reviewed the record independently under *Penson v. Ohio*, 488 U.S. 75, 80, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), we have found no nonfrivolous issues for appeal. Accordingly, we affirm, and we grant counsel's motion to withdraw.

---

1. The Honorable Richard E. Dorr, United States District Judge for the Western District of Missouri.